```
 1  ANDRÉ BIROTTE JR.
    United States Attorney                          JS-6
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
         Federal Courthouse, 14th Floor
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone:  (213) 894-6166
         Facsimile:  (213) 894-7177
 8       E-mail: Steven.Welk@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

                           WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CV 12-06611 PA (PJWx) |
| Plaintiff, ) | |
| v. ) | CONSENT JUDGMENT OF FORFEITURE |
| $9,500.00 IN U.S. CURRENCY; ) and $10,000 IN U.S. CURRENCY ) | |
| Defendants. ) | |
| PAUL MORQUECHO, JR., ) | |
| Claimant. ) | |

     Plaintiff United States of America ("the government") and claimant Paul Morquecho, Jr. ("Claimant") (collectively, the "parties") have reached an agreement that disposes of this case in its entirety.  The parties have requested that the Court enter this Consent Judgment of Forfeiture.

This action was commenced on July 31, 2012 against the defendant $9,500.00.  On October 18, 2012, the government filed a first amended complaint adding the defendant $10,000.00.  Claimant filed a claim to the $10,000.00 (only) on November 26, 2012, and an answer on December 17, 2012.  No other claims or answers were filed, and the time for filing claims and answer has expired.  Notice was given and published in accordance with law.  Plaintiff and Claimant have reached an agreement that is dispositive of the action, and have requested that the Court enter this Consent Judgment of Forfeiture.  The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

**HEREBY ORDERS, ADJUDGES AND DECREES THAT:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Claimant Paul Morquecho, Jr. are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to the entirety of the defendant currency and all interest earned thereon, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.   The forfeiture of the defendant currency does not constitute and shall not be construed as a payment of any taxes

(including income taxes), fines or other obligations which may be owed by Claimant, and this Consent Judgment of Forfeiture does not in any way affect any existing tax (including income tax), fine, liability or other debt owed by Claimant.  Nothing in this consent judgment is intended or should be construed as an admission by Claimant of any wrongdoing or illegal conduct.

5.   Claimant has released the United States of America, its agencies, agents, and officers, from any and all claims, actions or liabilities arising out of or related to this action or the seizure of the defendant currency, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: March 11, 2013

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

[**Signatures of the parties appear on following page.**]

By their signatures hereunder, Claimant and government counsel affirm that this proposed consent is approved as to form and content, and request that it be entered.

DATED: March 7, 2013

        ANDRÉ BIROTTE JR.
        United States Attorney
        ROBERT E. DUGDALE
        Assistant United States Attorney
        Chief, Criminal Division

           /S/
        STEVEN R. WELK
        Assistant United States Attorney
        Chief, Asset Forfeiture Section

        Attorneys for Plaintiff
        United States of America

DATED: March 7, 2013

           /S/
        PAUL MORQUECHO, JR.

        Claimant in pro per